**Mark Scott WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 50548.**

Missouri Court of Appeals,
Western District.

Aug. 29, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1995.

Application to Transfer Denied
Nov. 21, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and ULRICH and ELLIS, JJ.

### ORDER

PER CURIAM:

Appeal from the denial of a Rule 24.035 motion after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).